**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Pamela Davis, | Case No. 26-cv-2424 (ECT/DLM) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| CGI Federal Inc., | |
| Defendant. | |

The Court previously denied the application to proceed *in forma pauperis* ("IFP") of plaintiff Pamela R. Davis on the grounds that Ms. Davis was financially ineligible to proceed IFP. (Doc. 3.) Ms. Davis was given until May 26, 2026, to pay the $405.00 filing fee for this matter, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). That deadline was later extended at Ms. Davis's request to July 2, 2026. (Doc. 6.)

The extended deadline has now passed, however, and Ms. Davis has not paid the filing fee for this matter. Accordingly, this Court now recommends, consistent with the warning previously given to Ms. Davis, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY RECOMMENDED that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: July 10, 2026                     _s/Douglas L. Micko_____
                                         DOUGLAS L. MICKO
                                         United States Magistrate Judge

## <u>NOTICE</u>

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).

2