UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pamela R. Davis,

Plaintiff,

v.

CGI Federal Inc.,

Defendant.

File No. 26-cv-2424 (ECT/DLM)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on July 10, 2026.  ECF No. 7.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 7] is **ACCEPTED**; and

2.    This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 27, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court